**E-Filed: February 19, 2015**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HASSAN ABPIKAR, | No. C14-04907 HRL |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| DAVID HARRIS; et al., | |
| Defendants. | |

A case management conference is set for March 17, 2015. Defendants have filed a motion to dismiss the complaint, which is set for a hearing on March 17, 2015. Dkt. No. 13. Accordingly, the case management conference is continued to **April 21, 2015, at 1:30 p.m.** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113.

**IT IS SO ORDERED.**

Dated: February 19, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C14-04907 HRL** N**otice will be electronically mailed to:**

2  Angelica Maria Ayar     angie.ayar@gmail.com

3  James A. Scharf     james.scharf@usdoj.gov, mimi.lam@usdoj.gov

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**